# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Raymond Joseph Alaounis<br>*Plaintiff*<br>v.<br>Nancy A. Berryhill, Acting Commissioner of Social Security<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) |

Civil Action No.      4:16-532-BHH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: The Commissioner's final decision is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and

remands the case to the Commissioner for further administrative proceedings.


This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, who declines to adopt the
Report and Recommendation of the Honorable Thomas E. Rogers, III, Unitd States Magistrate Judge.


Date:      June 15, 2017

Robin L. Blume
*CLERK OF COURT*


s/Glenda J. Nance ＼
*Signature of Clerk or Deputy Clerk*